**FILED**

AUG 2 8 2019

Clerk, U.S. District and
Bankruptcy Courts

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MARCUS MEIKLE,           )
                              )
        Plaintiff,        )
                              )        Civ. No. 19-2439 (UNA)
                              )
OFFICE OF THE MAYOR,     )
                              )
        Defendant.    )

## MEMORANDUM OPINION

Federal district courts have jurisdiction in civil actions arising under the Constitution, laws or treaties of the United States. *See* 28 U.S.C. § 1331. In addition, federal district courts have jurisdiction over civil actions where the matter in controversy exceeds $75,000, and the suit is between citizens of different states. *See* 28 U.S.C. § 1332(a).

The plaintiff demands compensatory damages from the government of the District of Columbia and the District of Columbia Water and Sewer Authority for harms he allegedly has suffered because of lead in his drinking water. The complaint does not state a claim arising under the United States Constitution or federal law and, therefore, the plaintiff does not demonstrate federal question jurisdiction. Because the parties both are citizens of the District of Columbia, the plaintiff fails to establish diversity jurisdiction.

The Court will grant the plaintiff's application to proceed *in forma pauperis* and will dismiss the complaint without prejudice for lack of subject matter jurisdiction. An Order is issued separately.

DATE: August 26, 2019

_____
United States District Judge